UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CR-624 |
| | ) | |
| STEFFAN LEWIS, | ) | Hon. Ronald A. Guzman |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**WITHDRAW HIS PLEA AND COUNSEL**

Defendant Steffan Lewis requests leave to withdraw his plea of guilty entered on December 19, 2022, and also no longer wants attorney Richard S. Kling to represent him; in support of which he states the following:

1. On December 19, 2022, the defendant entered a plea of guilty pursuant to a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)9C) setting forth that the maximum sentence was 10 years' incarceration.

2. Both before and since December 19, 2022, during numerous phone calls, text, messages, and personal visits, Mr. Lewis expressed his displeasure with both the plea agreement as well as with the undersigned attorney.

3. Although undersigned counsel is willing to continue to represent Mr. Lewis, Mr. Lewis has articulated to the undersigned attorney that he believes he is not getting effective representation, and that the undersigned attorney does not have his best interests at heart.

4. Despite the fact that the plea agreement removed Mr. Lewis from consideration as an ACCA defendant with a minimum sentence of 15 years, and settled on a 10 year sentence under the terms of the plea agreement, and despite the fact that if this court allows the guilty plea to be withdrawn, Mr. Lewis will again be facing a minimum term of imprisonment under ACCA of 15 years, and if he decides to take the matter to trial will also lose any "acceptance of responsibility" credits under the Sentencing Guidelines, against the advice of undersigned counsel, Mr. Lewis is adamant that he wants to withdraw his plea, presumably under 18 U.S.C. Rule 11 (d)(2)(B).

5. Additionally, Mr. Lewis asks this court to discharge undersigned counsel from continuing to represent him in the instant proceedings.

Wherefore, Defendant Steffan Lewis respectfully requests that this Honorable Court grant him:

1) leave to allow him to withdraw his guilty plea; and

2) appointment of a new attorney.

Respectfully submitted,

/s/ Richard S. Kling

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075
rkling@kentlaw.iit.edu

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney with Chicago-Kent College of Law, hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document(s): **MOTION FOR LEAVE TO WITHDRAW HIS PLEA AND COUNSEL** was filed pursuant to the district court's ECF system as to ECF filing, on February 22, 2023, and sent notice to all counsel of record.

By: /s/Richard S. Kling