**In the United States District Court**
**for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**Case number**

**Judge**

v.

**Defendant.**

## AMENDED CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

| | |
|---|---|
| **Person represented** | **Under seal?** ☐ Yes ☐ No |
| **Defendant number** | **Representation type** Select one |
| **Type of person represented** Select one | **Court order** Select one  **Name** |
| **Payment category** Select one | **Name of Prior Attorney** |
| **Name of appointed attorney** | |

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_____        April 4, 2023
*[signed] Ronald A. Guzman*                        _____
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date: 11/4/2020**        or ☐ **None**

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**            ☐ Yes  ☐ No
**Prior authorization approved?**       ☐ Yes  ☐ No   ☐ Not applicable

_____        _____
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date:**        or ☐ **None**

Rev. 2212019