**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Lewis

Case Number: 1:20-cr-00624-1

An appearance is hereby filed by the undersigned as attorney for:

Steffan Lewis

Attorney name (type or print): Christopher T. Grohman

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6312144
(See item 3 in instructions)

Telephone Number: 312.212.4943

Email Address: cgrohman@beneschlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
✔ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ✔ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 12, 2023

Attorney signature: S/ Christopher T. Grohman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015